# EXHIBIT A

# EXHIBIT A

# HomeVestors' UGLY HOUSES Marks

| MARK | REG. NO. | GOODS/SERVICES |
|---|---|---|
| THE UGLIEST HOUSE OF THE YEAR | 5,304,576 (Incontestable) | IC 35. Organizing and promoting contests for advertising purposes; promoting the sale of services of others by conducting contests. |
|  | 5,304,577 (Incontestable) | IC 35. Organizing and promoting contests for advertising purposes; promoting the sale of services of others by conducting contests. |
| WE BUY UGLY HOUSES | 3,099,814 (Incontestable) | IC 36.  Real estate services, namely, real estate brokerage, and providing mortgage, title and home insurance brokerage services. |
| WE BUY UGLY HOUSES | 2,999,705 (Incontestable) | IC 36. Real estate services, namely real estate acquisition, real estate brokerage services and real estate financing services. |
|  | 2,827,136 (Incontestable) | IC 35. Franchising services, namely, offering technical assistance in establishing, operating, marketing and developing franchised businesses that purchase, finance and sell residential real estate. |
|  | 2,797,429 (Incontestable) | IC 26.  Ornamental novelty buttons. |
|  | 2,797,374 (Incontestable) | IC 35.  Franchising services, namely, offering technical assistance in establishing, operating, marketing and developing franchised businesses that purchase, finance and sell residential real estate. |

| MARK | REG. NO. | GOODS/SERVICES |
|---|---|---|
| UGLY'S OK | 2,794,480 <br> (Incontestable) | IC 35.  Franchising services, namely, offering technical assistance in establishing, operating, marketing and developing franchised businesses that purchase, finance and sell residential real estate. |
| UGLY HOUSE? | 5,172,916 | IC 35. Real estate sales management; sales promotion services; franchising services, namely, offering technical assistance in establishing, operating, marketing and developing franchised businesses that purchase, finance and sell residential real estate. IC 36. Real estate services, namely, real estate brokerage, and providing mortgage, title and home insurance brokerage services; real estate services, namely, real estate acquisition, real estate brokerage services and real estate financing services; real estate consultation, management, brokerage, and leasing services; providing a web site for investors to access listings of real estate properties that are for sale |
| THE GOOD, THE BAD AND THE UGLY | 3,350,752 <br> (Incontestable) | IC 36.  Real estate services, namely, purchase, finance, acquisition and brokerage of residential real estate properties for others. |
| WE BUY THE GOOD, THE BAD AND THE UGLY | 3,307,918 <br> (Incontestable) | IC 36.  Real estate services, namely purchase, finance, acquisition and brokerage of residential real estate properties. |
|  | 3,128,574 <br> (Incontestable) | IC 36.  Real estate services, namely, real estate acquisition, real estate brokerage services, and real estate financing services. |

| MARK | REG. NO. | GOODS/SERVICES |
|---|---|---|
| WE BUY UGLY HOUSES | 5,467,581 | IC 35. Real estate sales management, marketing, and advertising services; sales promotion services; franchising services, namely, offering business management assistance, consultation, and advisory services in establishing, operating, promoting, marketing, and developing franchised businesses in the fields of real estate, residential and commercial real estate, and residential real estate purchasing, residential real estate financing, and the selling of residential real estate.<br>IC 36.  Real estate acquisition services; real estate financing services; real estate consultation, management, and leasing services; evaluation and assessment of real estate; providing a website featuring information in the field of real estate and featuring listings of properties for sale for access by investors; providing real estate listings and real estate information; providing real estate listings and real estate information via the Internet; franchising services, namely, providing financial information and advice regarding establishing, operating, marketing, and developing franchised businesses in the fields of real estate, residential and commercial real estate, and residential real estate purchasing, residential real estate financing, and the selling of residential real estate. |
| UG BUYS UGLY HOUSES | 2,999,978<br>(Incontestable) | IC 35.  Franchising services, namely, offering technical assistance in establishing, operating, marketing and developing franchised businesses that purchase, finance and sell residential real estate. |
| UG BUYS UGLY HOUSES | 2,935,916<br>(Incontestable) | IC 36.  Real estate services, namely, real estate acquisition, real estate brokerage services, and real estate financing services. |

| MARK | REG. NO. | GOODS/SERVICES |
|---|---|---|
| UGLY OPPORTUNITIES | 4,313,868<br>(Incontestable) | IC 35.  Franchise consulting services, namely, consultation in connection with marketing and advertising of franchise businesses, franchise lead generation, strategic franchise planning, territory management and franchise sales; concept and brand development in the field of franchising; marketing and promotion of franchise sales services; business advisory and consulting services relating to franchise sales; broker referral services in the field of franchises. |
| UG SELLS UGLY HOUSES | 4,786,527<br>(Incontestable) | IC 35.  Real estate sales management; sales promotion services; providing web site for investors to access properties for sale.<br>IC 36.  Real estate services, namely, real estate brokerage, and providing mortgage, title and home insurance brokerage services; real estate services,<br>namely, real estate acquisition, real estate brokerage services and real estate financing services; real estate consultation, management, brokerage, and leasing<br>services; real estate sales, namely, real estate agency services and real estate listing. |
| WE SELL UGLY HOUSES | 4,638,341<br>(Incontestable) | IC 035.  Real estate sales management; sales promotion services; providing web site for investors to access properties for sale.<br>IC 036.  Real estate services, namely, real estate<br>brokerage, and providing mortgage, title and home insurance brokerage services; real estate services,<br>namely, real estate acquisition, real estate brokerage services and real estate financing services; real estate consultation, management, brokerage, and leasing<br>services; real estate sales, namely, real estate agency services and real estate listing. |

| MARK | REG. NO. | GOODS/SERVICES |
|---|---|---|
|  | 4,881,433 | IC 35.  Real estate sales management; sales promotion services; providing web site for investors to access properties for sale.<br>IC 036.  Real estate services, namely real estate brokerage, and providing mortgage, title and home insurance brokerage services; real estate services, namely, real estate acquisition, real estate brokerage services and real estate financing services; real estate consultation, management, brokerage, and leasing services; real estate sales, namely real estate agency services and real estate listing. |
| #WEBUYUGLYHOUSES | 5,297,521 | IC 35.  Real estate sales management; sales promotion services; franchising services, namely offering technical assistance in establishing, operating, marketing and developing franchised businesses that purchase, finance and sell residential real estate.<br>IC 36.   Real estate services, namely, real estate brokerage, and providing mortgage, title and home insurance brokerage services; real estate services, namely, real estate acquisition, real estate brokerage services and real estate financing services; real estate consultation, management, brokerage, and leasing services; providing a website for investors to access listings of real estate properties that are for sale. |

| MARK | REG. NO. | GOODS/SERVICES |
|---|---|---|
| I BUY UGLY HOUSES | 6,259,085 | IC 35. Real estate sales management, marketing, and advertising services; sales promotion services; franchising services, namely, offering business management assistance, consultation, and advisory services in establishing, operating, promoting, marketing, and developing franchised businesses in the fields of real estate, residential and commercial real estate, and in the fields of residential real estate purchasing, residential real estate financing, and the selling or leasing of residential real estate.<br><br>IC 36.  Real estate acquisition services; real estate financing services; real estate consultation, management, and leasing services; evaluation and assessment of real estate; providing a website featuring information in the field of real estate and featuring listings of properties for sale for access by investors; providing real estate listings and real estate information; providing real estate listings and real estate information via the Internet; franchising services, namely, providing financial information and advice regarding establishing, operating, marketing, and developing franchised businesses in the fields of real estate, residential and commercial real estate, and residential real estate purchasing, residential real estate financing, and the selling or leasing of residential real estate. |
| SOLUTIONS FOR UGLY SITUATIONS | 3,188,593<br>(Incontestable) | IC 36. Real estate services, namely real estate acquisition, real estate brokerage services and loan financing. |
| SOLUTIONS FOR UGLY SITUATIONS | 3,185,390<br>(Incontestable) | IC 35. Franchising services, namely, offering technical assistance in establishing, operating, marketing and developing franchised businesses that purchase, finance and sell residential real estate |

| MARK | REG. NO. | GOODS/SERVICES |
|---|---|---|
| SELL US YOUR UGLY HOUSE | 5,919,522 | IC 35. Real estate sales management, marketing, and advertising services; sales promotion services; franchising services, namely, offering business management assistance, consultation, and advisory services in establishing, operating, promoting, marketing, and developing franchised businesses in the fields of real estate, residential and commercial real estate, and in the fields of residential real estate purchasing, residential real estate financing, and the selling or leasing of residential real estate<br><br>IC 36. Real estate acquisition services; real estate financing services; real estate consultation, management, and leasing services; evaluation and assessment of real estate; providing a website featuring information in the field of real estate and featuring listings of properties for sale for access by investors; providing real estate listings and real estate information; providing real estate listings and real estate information via the Internet; franchising services, namely, providing financial information and advice regarding establishing, operating, marketing, and developing franchised businesses in the fields of real estate, residential and commercial real estate, and residential real estate purchasing, residential real estate financing, and the selling or leasing of residential real estate. |

| MARK | REG. NO. | GOODS/SERVICES |
|------|----------|----------------|
| WE BUY HOUSES, THE GOOD, THE BAD AND THE UGLY | 5,919,520 | IC 35. Real estate sales management, marketing, and advertising services; sales promotion services; franchising services, namely, offering business management assistance, consultation, and advisory services in establishing, operating, promoting, marketing, and developing franchised businesses in the fields of real estate, residential and commercial real estate, and in the fields of residential real estate purchasing, residential real estate financing, and the selling or leasing of residential real estate. IC 36.  Real estate acquisition services; real estate financing services; real estate consultation, management, and leasing services; evaluation and assessment of real estate; providing a website featuring information in the field of real estate and featuring listings of properties for sale for access by investors; providing real estate listings and real estate information; providing real estate listings and real estate information via the Internet; franchising services, namely, providing financial information and advice regarding establishing, operating, marketing, and developing franchised businesses in the fields of real estate, residential and commercial real estate, and residential real estate purchasing, residential real estate financing, and the selling or leasing of residential real estate. |

| MARK | REG. NO. | GOODS/SERVICES |
|---|---|---|
| WE BUY HOUSES, UGLY OR NOT | 5,919,518 | IC 35. Real estate sales management, marketing, and advertising services; sales promotion services; franchising services, namely, offering business management assistance, consultation, and advisory services in establishing, operating, promoting, marketing, and developing franchised businesses in the fields of real estate, residential and commercial real estate, and in the fields of residential real estate purchasing, residential real estate financing, and the selling or leasing of residential real estate.<br><br>IC 36. Real estate acquisition services; real estate financing services; real estate consultation, management, and leasing services; evaluation and assessment of real estate; providing a website featuring information in the field of real estate and featuring listings of properties for sale for access by investors; providing real estate listings and real estate information; providing real estate listings and real estate information via the Internet; franchising services, namely, providing financial information and advice regarding establishing, operating, marketing, and developing franchised businesses in the fields of real estate, residential and commercial real estate, and residential real estate purchasing, residential real estate financing, and the selling or leasing of residential real estate. |

| MARK | REG. NO. | GOODS/SERVICES |
|---|---|---|
| WE BUY UGLY HOUSES.COM | 5,560,021 | IC 35. Real estate sales management, marketing, and advertising services; sales promotion services; franchising services, namely, offering business management assistance, consultation, and advisory services in establishing, operating, promoting, marketing, and developing franchised businesses in the fields of real estate, real estate investment, and the purchase, finance, and sale of real estate.<br><br>IC 36. Real estate acquisition services; real estate financing services; real estate consultation, management, and leasing services; evaluation and assessment of real estate; providing a website featuring information in the field of real estate and featuring listings of properties for sale for access by investors; providing real estate listings and real estate information; providing real estate listings and real estate information via the Internet; franchising services, namely, providing financial information and advice regarding establishing, operating, marketing, and developing franchised businesses in the fields of real estate, real estate investment, and the purchase, finance, and sale of real estate. |

# Exhibit  B

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,761,385
Registered Sep. 9, 2003

## SERVICE MARK
### PRINCIPAL REGISTER



HOMEVESTORS OF AMERICA, INC. (DELA-
WARE CORPORATION)
11910 GREENVILLE AVENUE
SUITE 300
DALLAS, TX 75243

FOR: FRANCHISING SERVICES, NAMELY, OF-
FERING TECHNICAL ASSISTANCE IN ESTABLISH-
ING, OPERATING, MARKETING AND
DEVELOPING FRANCHISED BUSINESSES THAT
PURCHASE, FINANCE AND SELL RESIDENTIAL
REAL ESTATE, IN CLASS 35 (U.S. CLS. 100, 101 AND
102).

FIRST USE 3-0-2000; IN COMMERCE 3-0-2000.

OWNER OF U.S. REG. NOS. 2,012,077, 2,689,569
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "WE BUY UGLY HOUSES", APART
FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORDS "WE
BUY UGLY HOUSES." IN STYLIZED BLACK LET-
TERS. PLACED IMMEDIATELY BELOW THE
WORDS IS AN ISOSCELES TRIANGLE OVERLAY-
ING AND CENTERED BETWEEN TWO PARALLEL,
RECTANGULAR COLUMNS ORIENTED VERTI-
CALLY REPRESENTING THE CAPITAL LETTER
"H" WITH A SMALL CIRCLE PLACED BELOW THE
BASE OF THE TRIANGLE AND BETWEEN THE
VERTICAL COLUMNS REPRESENTING A STY-
LIZED DOORKNOB, ALL SITUATED ON A REC-
TANGULAR SHADED BACKGROUND,
FOLLOWED BY THE WORD "HOMEVESTORS" IN
STYLIZED GREEN LETTERS, WITH THE ENTIRE
MARK ALL SITUATED ON A YELLOW BACK-
GROUND, AND SUCH COLORS ARE CLAIMED AS
A FEATURE OF THE MARK.

SER. NO. 76-453,610, FILED 9-30-2002.

ROBERT COGGINS, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,761,385
Registered Sep. 9, 2003

## SERVICE MARK
### PRINCIPAL REGISTER

# WE BUY UGLY HOUSES.
HOMEVESTORS

HOMEVESTORS OF AMERICA, INC. (DELA-
WARE CORPORATION)
11910 GREENVILLE AVENUE
SUITE 300
DALLAS, TX 75243

FOR: FRANCHISING SERVICES, NAMELY, OF-
FERING TECHNICAL ASSISTANCE IN ESTABLISH-
ING, OPERATING, MARKETING AND
DEVELOPING FRANCHISED BUSINESSES THAT
PURCHASE, FINANCE AND SELL RESIDENTIAL
REAL ESTATE, IN CLASS 35 (U.S. CLS. 100, 101 AND
102).

FIRST USE 3-0-2000; IN COMMERCE 3-0-2000.

OWNER OF U.S. REG. NOS. 2,012,077, 2,689,569
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "WE BUY UGLY HOUSES", APART
FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORDS "WE
BUY UGLY HOUSES." IN STYLIZED BLACK LET-
TERS. PLACED IMMEDIATELY BELOW THE
WORDS IS AN ISOSCELES TRIANGLE OVERLAY-
ING AND CENTERED BETWEEN TWO PARALLEL,
RECTANGULAR COLUMNS ORIENTED VERTI-
CALLY REPRESENTING THE CAPITAL LETTER
"H" WITH A SMALL CIRCLE PLACED BELOW THE
BASE OF THE TRIANGLE AND BETWEEN THE
VERTICAL COLUMNS REPRESENTING A STY-
LIZED DOORKNOB, ALL SITUATED ON A REC-
TANGULAR SHADED BACKGROUND,
FOLLOWED BY THE WORD "HOMEVESTORS" IN
STYLIZED GREEN LETTERS, WITH THE ENTIRE
MARK ALL SITUATED ON A YELLOW BACK-
GROUND, AND SUCH COLORS ARE CLAIMED AS
A FEATURE OF THE MARK.

SER. NO. 76-453,610, FILED 9-30-2002.

ROBERT COGGINS, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,761,385

Registered Sep. 9, 2003

### SERVICE MARK
### PRINCIPAL REGISTER



HOMEVESTORS OF AMERICA, INC. (DELA-
WARE CORPORATION)
11910 GREENVILLE AVENUE
SUITE 300
DALLAS, TX 75243

FOR: FRANCHISING SERVICES, NAMELY, OF-
FERING TECHNICAL ASSISTANCE IN ESTABLISH-
ING, OPERATING, MARKETING AND
DEVELOPING FRANCHISED BUSINESSES THAT
PURCHASE, FINANCE AND SELL RESIDENTIAL
REAL ESTATE, IN CLASS 35 (U.S. CLS. 100, 101 AND
102).

FIRST USE 3-0-2000; IN COMMERCE 3-0-2000.

OWNER OF U.S. REG. NOS. 2,012,077, 2,689,569
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "WE BUY UGLY HOUSES", APART
FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORDS "WE
BUY UGLY HOUSES." IN STYLIZED BLACK LET-
TERS. PLACED IMMEDIATELY BELOW THE
WORDS IS AN ISOSCELES TRIANGLE OVERLAY-
ING AND CENTERED BETWEEN TWO PARALLEL,
RECTANGULAR COLUMNS ORIENTED VERTI-
CALLY REPRESENTING THE CAPITAL LETTER
"H" WITH A SMALL CIRCLE PLACED BELOW THE
BASE OF THE TRIANGLE AND BETWEEN THE
VERTICAL COLUMNS REPRESENTING A STY-
LIZED DOORKNOB, ALL SITUATED ON A REC-
TANGULAR SHADED BACKGROUND,
FOLLOWED BY THE WORD "HOMEVESTORS" IN
STYLIZED GREEN LETTERS, WITH THE ENTIRE
MARK ALL SITUATED ON A YELLOW BACK-
GROUND, AND SUCH COLORS ARE CLAIMED AS
A FEATURE OF THE MARK.

SER. NO. 76-453,610, FILED 9-30-2002.

ROBERT COGGINS, EXAMINING ATTORNEY

**Int. Cl.: 35**

**Prior U.S. Cls.: 100, 101 and 102**

**Reg. No. 2,794,480**

## United States Patent and Trademark Office

Registered Dec. 16, 2003

### SERVICE MARK
#### PRINCIPAL REGISTER

## UGLY'S OK

HOMEVESTORS OF AMERICA, INC. (DELA-
WARE CORPORATION)
11910 GREENVILLE AVENUE
SUITE 300
DALLAS, TX 75243

FOR: FRANCHISING SERVICES, NAMELY, OF-
FERING TECHNICAL ASSISTANCE IN ESTABLISH-
ING, OPERATING, MARKETING AND
DEVELOPING FRANCHISED BUSINESSES THAT
PURCHASE, FINANCE AND SELL RESIDENTIAL
REAL ESTATE, IN CLASS 35 (U.S. CLS. 100, 101 AND
102).

FIRST USE 1-17-2003; IN COMMERCE 1-17-2003.

SER. NO. 76-491,304, FILED 2-20-2003.

CAROLINE WOOD, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 3,099,814

Registered June 6, 2006

**SERVICE MARK**
**PRINCIPAL REGISTER**

# WE BUY UGLY HOUSES

HOMEVESTORS OF AMERICA, INC. (DELA-
WARE CORPORATION)
10670 N. CENTRAL EXPRESSWAY
SUITE 700
DALLAS, TX 75231

FOR: REAL ESTATE SERVICES, NAMELY, REAL
ESTATE BROKERAGE, AND PROVIDING MORT-
GAGE, TITLE AND HOME INSURANCE BROKER-
AGE SERVICES, IN CLASS 36 (U.S. CLS. 100, 101
AND 102).

FIRST USE 3-1-2000; IN COMMERCE 3-1-2000.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,689,569, 2,827,136
AND OTHERS.

SEC. 2(F).

SER. NO. 76-637,606, FILED 5-2-2005.

AISHA CLARKE, EXAMINING ATTORNEY

**Int. Cl.: 36**

**Prior U.S. Cls.: 100, 101, and 102**

**Reg. No. 3,307,918**

## United States Patent and Trademark Office

Registered Oct. 9, 2007

## SERVICE MARK
**PRINCIPAL REGISTER**

WE BUY THE GOOD, THE BAD AND THE UGLY

HOMEVESTORS OF AMERICA, INC. (DELA-
WARE CORPORATION)
10670 N. CENTRAL EXPRESSWAY, SUITE 700
DALLAS, TX 75231

FOR: REAL ESTATE SERVICES, NAMELY PUR-
CHASE, FINANCE, ACQUISITION AND BROKER-
AGE OF RESIDENTIAL REAL ESTATE
PROPERTIES, IN CLASS 36 (U.S. CLS. 100, 101 AND
102).

FIRST USE 2-9-2007; IN COMMERCE 2-9-2007.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,689,569, 3,099,814,
AND OTHERS.

SN 76-668,797, FILED 11-9-2006.

JOHN HWANG, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 3,350,752

Registered Dec. 11, 2007

## SERVICE MARK
### PRINCIPAL REGISTER

# THE GOOD, THE BAD AND THE UGLY

HOMEVESTORS OF AMERICA, INC. (DELA-
WARE CORPORATION)
10670 N. CENTRAL EXPRESSWAY, SUITE 700
DALLAS, TX 75231

FOR: REAL ESTATE SERVICES, NAMELY, PUR-
CHASE, FINANCE, ACQUISITION AND BROKER-
AGE OF RESIDENTIAL REAL ESTATE
PROPERTIES FOR OTHERS , IN CLASS 36 (U.S.
CLS. 100, 101 AND 102).

FIRST USE 3-2-2007; IN COMMERCE 3-2-2007.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SER. NO. 76-675,282, FILED 4-10-2007.

EDWARD NELSON, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office

# UGLY OPPORTUNITIES

**Reg. No. 4,313,868**

**Registered Apr. 2, 2013**

**Int. Cl.: 35**

**SERVICE MARK**

**PRINCIPAL REGISTER**

HOMEVESTORS OF AMERICA, INC. (DELAWARE CORPORATION)
SUITE 400
6500 GREENVILLE AVENUE
DALLAS, TX 75206

FOR: FRANCHISE CONSULTING SERVICES, NAMELY, CONSULTATION IN CONNECTION WITH MARKETING AND ADVERTISING OF FRANCHISE BUSINESSES, FRANCHISE LEAD GENERATION, STRATEGIC FRANCHISE PLANNING, TERRITORY MANAGEMENT AND FRANCHISE SALES; CONCEPT AND BRAND DEVELOPMENT IN THE FIELD OF FRANCHISING; MARKETING AND PROMOTION OF FRANCHISE SALES SERVICES; BUSINESS ADVISORY AND CONSULTING SERVICES RELATING TO FRANCHISE SALES; BROKER REFERRAL SERVICES IN THE FIELD OF FRANCHISES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-1-2011; IN COMMERCE 8-1-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-397,914, FILED 8-15-2011.

LINDA MICKLEBURGH, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# UGLY HOUSE?

**Reg. No. 5,172,916**

**Registered Mar. 28, 2017**

**Int. Cl.: 35, 36**

**Service Mark**

**Principal Register**

HomeVestors of America, Inc. (DELAWARE CORPORATION)
6500 Greenville Avenue, Suite 400
Dallas, TX 75206

CLASS 35: Real estate sales management; sales promotion services; franchising services, namely, offering technical assistance in establishing, operating, marketing and developing franchised businesses that purchase, finance and sell residential real estate

FIRST USE 4-26-2016; IN COMMERCE 4-26-2016

CLASS 36: Real estate services, namely, real estate brokerage, and providing mortgage, title and home insurance brokerage services; real estate services, namely, real estate acquisition, real estate brokerage services and real estate financing services; real estate consultation, management, brokerage, and leasing services; providing a web site for investors to access listings of real estate properties that are for sale

FIRST USE 4-26-2016; IN COMMERCE 4-26-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-943,426, FILED 03-17-2016
DREW MICHAEL SANDER, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# #WEBUYUGLYHOUSES

**Reg. No. 5,297,521**

**Registered Sep. 26, 2017**

**Int. Cl.: 35, 36**

**Service Mark**

**Principal Register**

HomeVestors of America, Inc. (DELAWARE CORPORATION)
6500 Greenville Avenue, Suite 400
Dallas, TX 75206

CLASS 35: Real estate sales management; sales promotion services; franchising services, namely, offering technical assistance in establishing, operating, marketing and developing franchised businesses that purchase, finance and sell residential real estate

FIRST USE 4-26-2016; IN COMMERCE 4-26-2016

CLASS 36: Real estate services, namely, real estate brokerage, and providing mortgage, title and home insurance brokerage services; real estate services, namely, real estate acquisition, real estate brokerage services and real estate financing services; real estate consultation, management, brokerage, and leasing services; providing a web site for investors to access listings of real estate properties that are for sale

FIRST USE 5-1-2016; IN COMMERCE 5-1-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SEC.2(F)

SER. NO. 87-056,964, FILED 06-01-2016
DREW M SANDER, EXAMINING ATTORNEY



Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

## THE UGLIEST HOUSE OF THE YEAR

**Reg. No. 5,304,576**

**Registered Oct. 10, 2017**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

HomeVestors of America, Inc. (DELAWARE CORPORATION)
6500 Greenville Avenue, Suite 400
Dallas, TEXAS 75206

CLASS 35: Organizing and promoting contests for advertising purposes; promoting the sale of services of others by conducting contests

FIRST USE 10-15-2007; IN COMMERCE 10-15-2007

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "HOUSE OF THE YEAR"

SEC.2(F)

SER. NO. 87-135,473, FILED 08-11-2016

*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,304,577**

**Registered Oct. 10, 2017**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

HomeVestors of America, Inc. (DELAWARE CORPORATION)
6500 Greenville Avenue, Suite 400
Dallas, TEXAS 75206

CLASS 35: Organizing and promoting contests for advertising purposes; promoting the sale of services of others by conducting contests

FIRST USE 10-15-2007; IN COMMERCE 10-15-2007

The color(s) red, black and green is/are claimed as a feature of the mark.

The mark consists of the wording "THE UGLIEST HOUSE OF THE YEAR" in stylized font whereby the word "THE" appears in red and black and underlined in the same colors, the wording "UGLIEST HOUSE" appears in black and green and the wording "OF THE YEAR" appears in red and black.

No claim is made to the exclusive right to use the following apart from the mark as shown: "HOUSE OF THE YEAR"

SEC.2(F)

SER. NO. 87-135,476, FILED 08-11-2016

Joseph Matal

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# WE BUY UGLY HOUSES

**Reg. No. 5,467,581**

**Registered May 15, 2018**

**Int. Cl.: 35, 36**

**Service Mark**

**Principal Register**

HomeVestors of America, Inc. (DELAWARE CORPORATION)
Suite 400
6500 Greenville Avenue
Dallas, TEXAS 75206

CLASS 35: Real estate sales management, marketing, and advertising services; sales promotion services; franchising services, namely, offering business management assistance, consultation, and advisory services in establishing, operating, promoting, marketing, and developing franchised businesses in the fields of real estate, residential and commercial real estate, and residential real estate purchasing, residential real estate financing, and the selling of residential real estate

FIRST USE 3-1-2000; IN COMMERCE 3-1-2000

CLASS 36: Real estate acquisition services; real estate financing services; real estate consultation, management, and leasing services; evaluation and assessment of real estate; providing a website featuring information in the field of real estate and featuring listings of properties for sale for access by investors; providing real estate listings and real estate information; providing real estate listings and real estate information via the Internet; franchising services, namely, providing financial information and advice regarding establishing, operating, marketing, and developing franchised businesses in the fields of real estate, residential and commercial real estate, and residential real estate purchasing, residential real estate financing, and the selling of residential real estate

FIRST USE 3-1-2000; IN COMMERCE 3-1-2000

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SEC.2(F)

SER. NO. 87-586,753, FILED 08-28-2017



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

## WE BUY UGLY HOUSES.COM

**Reg. No. 5,560,021**

**Registered Sep. 11, 2018**

**Int. Cl.: 35, 36**

**Service Mark**

**Principal Register**

HomeVestors of America, Inc.  (DELAWARE CORPORATION)
Suite 400
6500 Greenville Avenue
Dallas, TEXAS 75206

CLASS 35: Real estate sales management, marketing, and advertising services; sales promotion services; franchising services, namely, offering business management assistance, consultation, and advisory services in establishing, operating, promoting, marketing, and developing franchised businesses in the fields of real estate, real estate investment, and the purchase, finance, and sale of real estate

FIRST USE 10-28-2005; IN COMMERCE 10-28-2005

CLASS 36: Real estate acquisition services; real estate financing services; real estate consultation, management, and leasing services; evaluation and assessment of real estate; providing a website featuring information in the field of real estate and featuring listings of properties for sale for access by investors; providing real estate listings and real estate information; providing real estate listings and real estate information via the Internet; franchising services, namely, providing financial information and advice regarding establishing, operating, marketing, and developing franchised businesses in the fields of real estate, real estate investment, and the purchase, finance, and sale of real estate

FIRST USE 10-28-2005; IN COMMERCE 10-28-2005

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3099814, 5297521, 2999705

SEC.2(F)

SER. NO. 87-767,091, FILED 01-23-2018



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

## WE BUY HOUSES, UGLY OR NOT

**Reg. No. 5,919,518**

**Registered Nov. 26, 2019**

**Int. Cl.: 35, 36**

**Service Mark**

**Principal Register**

HomeVestors of America, Inc.  (DELAWARE CORPORATION)
6500 Greenville Avenue, Suite 400
Dallas, TEXAS 75206

CLASS 35: Real estate sales management, marketing, and advertising services; sales promotion services; franchising services, namely, offering business management assistance, consultation, and advisory services in establishing, operating, promoting, marketing, and developing franchised businesses in the fields of real estate, residential and commercial real estate, and in the fields of residential real estate purchasing, residential real estate financing, and the selling or leasing of residential real estate

FIRST USE 2-15-2019; IN COMMERCE 2-15-2019

CLASS 36: Real estate acquisition services; real estate financing services; real estate consultation, management, and leasing services; evaluation and assessment of real estate; providing a website featuring information in the field of real estate and featuring listings of properties for sale for access by investors; providing real estate listings and real estate information; providing real estate listings and real estate information via the Internet; franchising services, namely, providing financial information and advice regarding establishing, operating, marketing, and developing franchised businesses in the fields of real estate, residential and commercial real estate, and residential real estate purchasing, residential real estate financing, and the selling or leasing of residential real estate

FIRST USE 2-15-2019; IN COMMERCE 2-15-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3099814, 5467581, 2999705

SER. NO. 88-422,363, FILED 05-09-2019



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

## WE BUY HOUSES, THE GOOD, THE BAD AND THE UGLY

**Reg. No. 5,919,520**

**Registered Nov. 26, 2019**

**Int. Cl.: 35, 36**

**Service Mark**

**Principal Register**

HomeVestors of America, Inc.  (DELAWARE CORPORATION)
6500 Greenville Avenue, Suite 400
Dallas, TEXAS 75206

CLASS 35: Real estate sales management, marketing, and advertising services; sales promotion services; franchising services, namely, offering business management assistance, consultation, and advisory services in establishing, operating, promoting, marketing, and developing franchised businesses in the fields of real estate, residential and commercial real estate, and in the fields of residential real estate purchasing, residential real estate financing, and the selling or leasing of residential real estate

FIRST USE 2-15-2019; IN COMMERCE 2-15-2019

CLASS 36: Real estate acquisition services; real estate financing services; real estate consultation, management, and leasing services; evaluation and assessment of real estate; providing a website featuring information in the field of real estate and featuring listings of properties for sale for access by investors; providing real estate listings and real estate information; providing real estate listings and real estate information via the Internet; franchising services, namely, providing financial information and advice regarding establishing, operating, marketing, and developing franchised businesses in the fields of real estate, residential and commercial real estate, and residential real estate purchasing, residential real estate financing, and the selling or leasing of residential real estate

FIRST USE 2-15-2019; IN COMMERCE 2-15-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3099814, 2999705, 3350752

SER. NO. 88-422,381, FILED 05-09-2019



Director of the United States
Patent and Trademark Office

**Int. Cl.: 36**

**Prior U.S. Cls.: 100, 101 and 102**

**United States Patent and Trademark Office**

Reg. No. 2,999,705

Registered Sep. 27, 2005

## SERVICE MARK
### PRINCIPAL REGISTER

# WE BUY UGLY HOUSES

HOMEVESTORS OF AMERICA, INC. (DELA-
WARE CORPORATION)
11910 GREENVILLE AVENUE
SUITE 300
DALLAS, TX 75243

    FOR: REAL ESTATE SERVICES, NAMELY REAL
ESTATE ACQUISITION, REAL ESTATE BROKER-
AGE SERVICES AND REAL ESTATE FINANCING
SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

    FIRST USE 3-1-2000; IN COMMERCE 3-1-2000.

OWNER OF U.S. REG. NOS. 2,689,569, 2,827,136
AND OTHERS.

    SEC. 2(F).

    SER. NO. 76-556,516, FILED 10-17-2003.

GINNY ISAACSON, EXAMINING ATTORNEY