IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOMEVESTORS OF AMERICA, INC. )<br>)<br>Plaintiff,  )<br>)<br>v.    )<br>)<br>WARNER BROS. DISCOVERY, INC., )<br>)<br>Defendant.  ) | C.A. No. 22-1583 (RGA) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for Defendant Warner Bros. Discovery Inc. to move, answer or otherwise respond to the complaint (D.I. 1) is extended to February 17, 2023.

| | |
|---|---|
| RICHARDS, LAYTON & FINGER, P.A. | MORRIS, NICHOLS, ARSHT &TUNNELL LLP |
| */s/ Kelly E. Farnan* | */s/ Jennifer Ying* |
| Kelly E. Farnan (#4395)<br>Christine D. Haynes (#4697)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>farnan@rlf.com<br>haynes@rlf.com | Michael J. Flynn (#5333)<br>Jennifer Ying (#5550)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>mflynn@morrisnichols.com<br>jying@morrisnichols.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

December 29, 2022

SO ORDERED this ____ day of _____, 202_.

_____
United States District Judge