IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HOMEVESTORS OF AMERICA, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-1583 (RGA) |
| | ) | |
| WARNER BROS. DISCOVERY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*** 

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Aaron J. Moss and Joshua Geller of GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP to represent defendant Warner Bros. Discovery, Inc. in this matter.

MORRIS, NICHOLS, ARSHT &TUNNELL LLP

*/s/ Jennifer Ying*
_____
Michael J. Flynn (#5333)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
mflynn@morrisnichols.com
jying@morrisnichols.com

*Attorneys for Defendant*

December 29, 2022

## **ORDER GRANTING MOTION**

      IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Aaron J. Moss and Joshua Geller is granted.

Dated: _____     _____
                                                                                United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date:   December 27, 2022                     /s/ *Aaron J. Moss*
                                                                          Aaron J. Moss
                                                                         GREENBERG GLUSKER FIELDS
                                                                           CLAMAN & MACHTINGER LLP
                                                                         2049 Century Park East
                                                                         Suite 2600
                                                                         Los Angeles, CA 90067
                                                                         310-553-3610

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.


Date:  December 27, 2022          /s/ Joshua Geller
                                  Joshua Geller
                                  GREENBERG GLUSKER FIELDS
                                    CLAMAN & MACHTINGER LLP
                                  2049 Century Park East
                                  Suite 2600
                                  Los Angeles, CA 90067
                                  310-553-3610

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 29, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Kelly E. Farnan, Esquire<br>Christine D. Haynes, Esquire<br>RICHARDS LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| Justin S. Cohen<br>Dina W. McKenney<br>HOLLAND & KNIGHT LLP<br>1722 Routh Street, Suite 1500<br>Dallas, TX 75201<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| Tracy Zurzolo Quinn<br>HOLLAND & KNIGHT LLP<br>2929 Arch Street, Suite 800<br>Philadelphia, PA 19104<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |

*/s/ Jennifer Ying*

Jennifer Ying (#5550)