# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOMEVESTORS OF AMERICA, INC., | ) |
| | ) |
|     *Plaintiff*, | ) |
| | ) |
| v. | ) |
| | )    C.A. No. 22-1583-RGA |
| WARNER BROS. DISCOVERY, INC. | ) |
| | ) |
|     *Defendant*. | ) |

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court, as follows:

1. Plaintiff HomeVestors of America, Inc. shall have until May 22, 2023, to file its answering brief in opposition to the Motion to Dismiss (the "Motion") (D.I. 15).

2. Defendant Warner Bros. Discovery, Inc. shall have until June 22, 2023, to file its reply brief in further support of the Motion.

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
Christine D. Haynes (#4697)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700

*Attorneys for Plaintiff*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*
Michael J. Flynn (#5333)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mflynn@morrisnichols.com
jying@morrisnichols.com

*Attorneys for Defendant*

SO ORDERED this ___ day of April, 2023

_____
United States District Judge

RLF1 28624341v.1