IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOMEVESTORS OF AMERICA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 22-1583 (RGA) |
| ) | |
| WARNER BROS. DISCOVERY, INC., ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of the *Verification to Defendant Warner Bros. Discovery, Inc.'s Responses and Objections to Plaintiff HomeVestors of America's Interrogatories – Set One* were caused to be served on March 27, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Kelly E. Farnan, Esquire<br>Christine D. Haynes, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Justin S. Cohen, Esquire<br>Dina W. McKenney, Esquire<br>HOLLAND & KNIGHT LLP<br>One Arts Plaza<br>1722 Routh Street, Suite 1500<br>Dallas, TX  75201<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Cynthia A. Gierhart, Esquire<br>HOLLAND & KNIGHT LLP<br>800 17th Street N.W., Suite 1100<br>Washington, DC  20006<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

<table>
<tr><td>

OF COUNSEL:

Aaron J. Moss
Joshua Geller
GREENBERG GLUSKER FIELDS
  CLAMAN & MACHTINGER LLP
2049 Century Park East
Suite 2600
Los Angeles, CA  90067
(310) 553-3610

March 27, 2024

</td><td>

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

_____
Michael J. Flynn (#5333)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
mflynn@morrisnichols.com
jying@morrisnichols.com

*Attorneys for Defendant*

</td></tr>
</table>

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 27, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Kelly E. Farnan, Esquire<br>Christine D. Haynes, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Justin S. Cohen, Esquire<br>Dina W. McKenney, Esquire<br>HOLLAND & KNIGHT LLP<br>One Arts Plaza<br>1722 Routh Street, Suite 1500<br>Dallas, TX  75201<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Cynthia A. Gierhart, Esquire<br>HOLLAND & KNIGHT LLP<br>800 17th Street N.W., Suite 1100<br>Washington, DC  20006<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Jennifer Ying*

Jennifer Ying (#5550)