IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOMEVESTORS OF AMERICA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1583 (RGA) |
| | ) |
| WARNER BROS. DISCOVERY, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Defendant Warner Bros. Discovery, Inc.'s Responses and Objections to Plaintiff Homevestors of America Inc.'s Requests for Production of Documents, Set Two* were caused to be served on April 3, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Kelly E. Farnan, Esquire<br>Christine D. Haynes, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Justin S. Cohen, Esquire<br>Dina W. McKenney, Esquire<br>HOLLAND & KNIGHT LLP<br>One Arts Plaza<br>1722 Routh Street, Suite 1500<br>Dallas, TX 75201<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Cynthia A. Gierhart, Esquire<br>HOLLAND & KNIGHT LLP<br>800 17th Street N.W., Suite 1100<br>Washington, DC 20006<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| OF COUNSEL:<br><br>Aaron J. Moss<br>Joshua Geller<br>GREENBERG GLUSKER FIELDS<br>  CLAMAN & MACHTINGER LLP<br>2049 Century Park East<br>Suite 2600<br>Los Angeles, CA  90067<br>(310) 553-3610<br><br>April 3, 2024 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Jennifer Ying*<br>_____<br>Michael J. Flynn (#5333)<br>Jennifer Ying (#5550)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>mflynn@morrisnichols.com<br>jying@morrisnichols.com<br><br>*Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 3, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Kelly E. Farnan, Esquire<br>Christine D. Haynes, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Justin S. Cohen, Esquire<br>Dina W. McKenney, Esquire<br>HOLLAND & KNIGHT LLP<br>One Arts Plaza<br>1722 Routh Street, Suite 1500<br>Dallas, TX 75201<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Cynthia A. Gierhart, Esquire<br>HOLLAND & KNIGHT LLP<br>800 17th Street N.W., Suite 1100<br>Washington, DC 20006<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Jennifer Ying*

Jennifer Ying (#5550)