IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HOMEVESTORS OF AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-1583-RGA |
| | ) | |
| WARNER BROS. DISCOVERY, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 6, 2024, true and correct copies of Plaintiff's Objections to Warner Bros. Discovery, Inc.'s Notice of Rule 30(b)(6) Deposition were caused to be served on the following counsel of record as indicated:

**BY E-MAIL**
Michael J. Flynn
Jennifer Ying
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE  19801

**BY E-MAIL**
Aaron J. Moss
Joshua Geller
Hannah G. Waldman
Greenberg Glusker Fields Claman &
  Machtinger LLP
2049 Century Park East, Suite 2600
Los Angeles, CA 90067


OF COUNSEL:

Justin S. Cohen
Justin.Cohen@hklaw.com
Dina W. McKenney
Dina.McKenney@hklaw.com
HOLLAND & KNIGHT LLP
One Arts Plaza
1722 Routh St., Suite 1500
Dallas, TX 75201

Cynthia A. Gierhart
HOLLAND & KNIGHT LLP
Cindy.Gierhart@hklaw.com
800 17th Street NW, Suite 1100
Washington, DC 20006

/s/ Christine D. Haynes
Kelly E. Farnan (#4395)
Christine D. Haynes (#4697)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
haynes@rlf.com

*Attorneys for Plaintiff*
*HomeVestors of America, Inc.*

Dated:  September 6, 2024