IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HOMEVESTORS OF AMERICA, INC., )
)
Plaintiff, )
)
v. ) C.A. No. 22-1583 (RGA)
)
WARNER BROS. DISCOVERY, INC., )
)
Defendant. )

### [PROPOSED] ORDER DENYING MOTION TO COMPEL

This 4th day of November, 2024, having considered Plaintiff HomeVestors of America, Inc.'s motion to compel and for fees (D.I. 145) and Defendant Warner Bros. Discovery, Inc.'s Opposition;

IT IS HEREBY ORDERED that Plaintiff's motion is denied without prejudice to renewal. The Court orders compliance with the footnote.[1]

_____
United States District Judge

---

[1] I read the two discovery letters. (D.I. 145; D.I. 146). I believe the better course is to conduct the deposition of the Rule 30(b)(6) witness—the Senior Vice President of Finance—and I will then be in a better position to evaluate everything, including the request for attorney's fees. I think, given the repeated disputes about the financial topics at issue, that the deposition should take place in my courtroom under the supervision of a judge. Thus, the parties are instructed to agree on a date for the deposition, assuming a 9 a.m. start, and to promptly advise the Court of the date. The parties are responsible for arranging a court reporter, including any videotaping. The presiding judge may ask questions, and the parties should provide the judge with a binder with any exhibits that may be shown to the witness.