IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOMEVESTORS OF AMERICA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1583-RGA |
| | ) |
| WARNER BROS. DISCOVERY, INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER**

IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the Court, that the Scheduling Order (D.I. 40 as modified by D.I. 152) is modified as follows:

| Event | Current Date | Proposed New Deadline |
|---|---|---|
| Opening Expert Reports | December 6, 2024 | December 13, 2024 |
| Rebuttal expert reports | January 10, 2025 | January 17, 2025 |
| Close of expert discovery | February 14, 2025 | No change |
| Case dipositive and *Daubert* motions and opening briefs | March 7, 2025 | No change |

No other dates in the Scheduling Order are modified by this Order.

| | |
|---|---|
| RICHARDS, LAYTON & FINGER, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ *Christine D. Haynes* | /s/ *Jennifer Ying* |
| Kelly E. Farnan (#4395)<br>Christine D. Haynes (#4697)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>(302) 651-7700<br>farnan@rlf.com<br>haynes@rlf.com | Michael J. Flynn (#5333)<br>Jennifer Ying (#5550)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>mflynn@morrisnichols.com<br>jying@morrisnichols.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED this ____ day of November, 2024.

_____
United States District Judge