IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOMEVESTORS OF AMERICA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1583-RGA |
| | ) |
| WARNER BROS. DISCOVERY, INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER**

IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the Court, that the deadline for rebuttal expert reports is extended from January 17, 2025 (D.I. 164) through and including January 22, 2025.

No other dates in the Scheduling Order are modified by this Order.

| | |
|---|---|
| */s/ Kelly E. Farnan* | */s/ Jennifer Ying* |
| Kelly E. Farnan (#4395) | Michael J. Flynn (#5333) |
| Christine D. Haynes (#4697) | Jennifer Ying (#5550) |
| RICHARDS, LAYTON & FINGER, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| One Rodney Square | 1201 North Market Street |
| 920 North King Street | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 651-7700 | (302) 658-9200 |
| farnan@rlf.com | mflynn@morrisnichols.com |
| haynes@rlf.com | jying@morrisnichols.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED this _____ day of January, 2025.

_____
United States District Judge