IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOMEVESTORS OF AMERICA, INC., )<br>   )<br>            Plaintiff, )<br>   )<br>   v. )<br>   )<br> WARNER BROS. DISCOVERY, INC., )<br>   )<br>            Defendant. ) | C.A. No. 22-1583 (RGA) |

**STIPULATION AND [PROPOSED] ORDER REGARDING CASE DISPOSITIVE AND DAUBERT BRIEFING LIMITATIONS**

WHEREAS, under the Scheduling Order entered in this action (*see* D.I. 40, as amended by D.I. 152, D.I. 164, and D.I. 176), the deadline for the parties to file opening briefs in connection with case dispositive and/or Daubert motions is March 7, 2025 (D.I. 152);

WHEREAS, the Scheduling Order does not specify any limit on the number of pages for case dispositive and/or Daubert briefing (*see* D.I. 40, ¶ 7); and

WHEREAS, the parties have conferred and have agreed that there be a combined page limit for case dispositive and/or Daubert motions;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to the approval of the Court, that the following provision shall apply to the parties' forthcoming briefing on case dispositive and/or Daubert motions:

> Page limits combined with Daubert motion page limits. Each party is permitted to file a case dispositive motion on as many grounds as desired provided, however, that each party will be limited to a single 40-page opening brief, a single 40-page answering brief, and a single 20-page reply brief. In the event that a party files, in addition to a case dispositive motion, one or more Daubert motions to exclude or preclude all or any portion of an expert's testimony, each party will be limited to a single combined 50-page opening brief, a single combined 50-page answering brief, and a single combined 25-page reply brief in support of their case dipositive and Daubert motion(s).

2

| | |
|---|---|
| RICHARDS LAYTON & FINGER, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ *Christine D. Haynes* | /s/ *Jennifer Ying* |
| Kelly E. Farnan (#4395)<br>Christine D. Haynes (#4697)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>farnan@rlf.com<br>haynes@rlf.com | Jennifer Ying (#5550)<br>Michael J. Flynn (#5333)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jying@morrisnichols.com<br>mflynn@morrisnichols.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

February 20, 2025

SO ORDERED this __21__ day of __February__, 2025.

/s/ Richard G. Andrews
United States District Judge