IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HOMEVESTORS OF AMERICA, INC.,    )
                                 )
            Plaintiff,            )
                                 )
      v.                         )    C.A. No. 22-1583-RGA
                                 )
WARNER BROS. DISCOVERY, INC.,    )
                                 )
            Defendant.           )

**STIPULATION AND [PROPOSED] MODIFYING SCHEDULING ORDER**

WHEREAS, the deadline for the parties to file reply case dispositive and *Daubert* briefs is

Friday, April 18, 2025 (D.I. 152);

WHEREAS, Friday, April 18, 2025 is a Court holiday;

IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the

Court, that the deadline for the parties to file reply case dispositive and *Daubert* briefs is extended

through and including April 23, 2025.  No other dates in the Scheduling Order are modified by

this Order.

| | |
|---|---|
| */s/ Christine D. Haynes* | */s/ Jennifer Ying* |
| Kelly E. Farnan (#4395) | Michael J. Flynn (#5333) |
| Christine D. Haynes (#4697) | Jennifer Ying (#5550) |
| RICHARDS, LAYTON & FINGER, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| One Rodney Square | 1201 North Market Street |
| 920 North King Street | P.O. Box 1347 |
| Wilmington, DE  19801 | Wilmington, DE  19899 |
| (302) 651-7700 | (302) 658-9200 |
| farnan@rlf.com | mflynn@morrisnichols.com |
| haynes@rlf.com | jying@morrisnichols.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED this __15__ day of April, 2025.

/s/ Richard G. Andrews
_____
United States District Judge