IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOMEVESTORS OF AMERICA, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 22-1583 (RGA) |
| WARNER BROS. DISCOVERY, INC., | ) ) ) |
| Defendant. | ) ) |

**DEFENDANT'S MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES**

Defendant Warner Bros. Discovery, Inc. ("WBD") hereby moves for an order to exempt certain persons from the District of Delaware's May 17, 2024 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 17, 2024 Standing Order"). In support of this Motion, WBD states as follows:

1. The District of Delaware's May 17, 2024 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require, *inter alia*, for visitors to place personal electronic devices in a locked pouch. Paragraph 4 of the May 17, 2024 Standing Order provides for certain exemptions to the Standing Order.

2. A bench trial is scheduled in this case from August 25-27, 2025 in Courtroom 6A.

3. Courtroom setup for the trial is scheduled for August 22, 2025 at 2:00 p.m. in Courtroom 6A.

4. The following staff and representatives intend to appear at courtroom setup and/or the trial on behalf of WBD and request access to their electronic devices for purposes of the trial, but do not meet the exemptions listed in Paragraph 4 of the May 17, 2024 Standing Order:

- Nicole Williams, Paralegal

- Candi Hauff, Trial Technician

- Matthew Carroll, Esquire (in-house client representative)

- Leah Montesano, Esquire (in-house client representative)

WHEREFORE, WBD respectfully requests that the Court issue an order to exempt the above-named persons from the District of Delaware's May 17, 2024 Standing Order.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

Jennifer Ying (#5550)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jying@morrisnichols.com
mflynn@morrisnichols.com

August 14, 2025

*Attorneys for Defendant*

SO ORDERED, this __18th__ day of __August__, 2025.

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE
DISTRICT OF DELAWARE