**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HOMEVESTORS OF AMERICA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1583-RGA |
| | ) |
| WARNER BROS. DISCOVERY, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXEMPTION OF PERSONS FROM**
**THE DISTRICT OF DELAWARE'S**
**MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES**

The Court, having considered Plaintiff's Motion for Exemption of Persons from the District of Delaware's May 17, 2024 Standing Order on Personal Devices (the "Motion"),

IT IS SO ORDERED this <u>21</u> day of August, 2025 that:

1.      The Motion is GRANTED.

2.      For purposes of the bench trial scheduled for August 25-27, 2025 in the above-captioned matter and courtroom setup on August 22, 2025, the following persons are exempt from the District of Delaware's May 17, 2024 Standing Order and shall be permitted to retain and use their electronic devices:

- Caroyln Taylor (Paralegal)

- Jose Hood (Paralegal)

- Matt Spalding (Technology Specialist)

- Julia Dodson (Technology Specialist)

- Dana Trexler (Expert Witness)

- Robert Sturrock (Expert Witness)

- Bruce Isaacson (Expert Witness)

3.      The persons listed in Paragraph 2 above shall present this Order, along with a valid photographic identification, to the United States Marshals upon entry to the J. Caleb Boggs Federal Building and United States Courthouse.


/s/ Richard G. Andrews
_____
The Honorable Richard G. Andrews