# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOMEVESTORS OF AMERICA, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WARNER BROS. DISCOVERY, INC., ) <br> ) <br> Defendant. ) | C.A. No. 22-1583-RGA |

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and subject to the approval of the Court, that the time to submit proposed errata to the trial transcripts is extended through and including September 24, 2025.

| | |
|---|---|
| /s/ Christine D. Haynes | /s/ Jennifer Ying |
| Steven J. Fineman (#4025) | Michael J. Flynn (#5333) |
| Kelly E. Farnan (#4395) | Jennifer Ying (#5550) |
| Christine D. Haynes (#4697) | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| RICHARDS, LAYTON & FINGER, P.A. | 1201 North Market Street |
| One Rodney Square | P.O. Box 1347 |
| 920 North King Street | Wilmington, DE 19899 |
| Wilmington, DE 19801 | (302) 658-9200 |
| (302) 651-7700 | mflynn@morrisnichols.com |
| fineman@rlf.com | jying@morrisnichols.com |
| farnan@rlf.com | |
| haynes@rlf.com | *Attorneys for Defendant* |
| | |
| *Attorneys for Plaintiff* | |

SO ORDERED this __18__ day of September, 2025.

/s/ Richard G. Andrews
United States District Judge